# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**GRADY EUGENE CHAPPELL, # 455539**                                                          **PETITIONER**

**v.**                                                          **CIVIL ACTION NO. 1:24-cv-128-TBM-RPM**

**SHERIFF MATT HALEY**                                                          **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 30th day of August, 2024.

                                                                                    _____
                                                                                    TAYLOR B. MCNEEL
                                                                                    UNITED STATES DISTRICT JUDGE